NUMBERS


13-03-118-CV

13-03-488-CV


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________________


ALFRED GLASSELL, III 1957 TRUST, ET AL., Appellants,


v.



ENERQUEST OIL & GAS, L.L.C., ET AL., Appellees.

________________________________________________________________


On appeal from the 25th District Court


of Gonzales County, Texas.


________________________________________________________________


O P I N I O N



Before Justices Hinojosa, Yañez, and Garza


Opinion Per Curiam



 Appellants, ALFRED GLASSELL, III 1957 TRUST, ET AL., perfected an appeal
from a judgment entered by the 25th District Court of Gonzales County, Texas, in
cause number 21,241. Appellant, Alfred C. Glassell, Jr. ("Glassell"), has filed a
motion to dismiss his appeal. Appellant states that he no longer wishes to prosecute
his appeal and requests that he be dismissed from these proceedings in their entirety.

 Having considered appellant's motion to dismiss the appeal and the documents
on file, this Court is of the opinion that the motion should be granted. The motion to
dismiss appellant Glassell's appeal is hereby granted. The appeal of appellant Glassell
is ordered DISMISSED, and appellant Glassell's appeal is severed from the original
appeal and is docketed under cause number 13-03-488-CV.

 The remaining issues in the appeal will remain docketed under cause number 13-03-118-CV.


 PER CURIAM


Opinion delivered and filed this

the 21st day of August, 2003.